UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10756 |
| KALEMBA B. BALIMUNKWE | : | CHAPTER 13 |
| DEBTOR | : | JUDGE BUCHANAN |
| | : | **NOTICE OF FILING REAL ESTATE APPRAISAL** |
| | : | |

Now comes the Debtor, by and through counsel, and hereby submits the attached appraisal for the property listed in Schedule A of the Petition filed herein.

Respectfully submitted,

/s/ Paul J. Minnillo
Paul J. Minnillo (0065744)
MINNILLO LAW GROUP Co. LPA
2712 Observatory Avenue
Cincinnati, OH 45208
(513)723-1600/(513) 723-1620 (Fax)
pjm@mlg-lpa.com



# County Auditor Online
## Hamilton County Auditor
138 East Court St., Cincinnati, Ohio 45202- (513)946-4000

| Online Property Access | |< First << Prev Next >> Last >| | **RETURN TO SEARCH LIST** Property 1 of 1 |
|---|---|---|

| **Parcel ID** | **Address** | **Index Order** | **Tax Year** |
|---|---|---|---|
| 175-0016-0051-00 | 931 CHATEAU AVE | Parcel Number | 2023 Payable 2024 |

### I Want To...
- Start a New Search
- Email the Auditor
- View the Online Help
- Auditor's Home

**View:**
- Property Summary
- Appraisal Information
- Levy Information
- Transfer
- Value History
- Board of Revision
- Payment Detail
- Tax Distributions
- Images
- Special Assessment/Payoff
- Tax Lien Certificates
- CAGIS Online Maps
- Aerial Imagery
- Owner Names

**Print:**
- Current Page
- Property Report

## Property Information

| | |
|---|---|
| **Tax District** | 001 - CINTI CORP-CINTI CSD |
| **School District** | CINCINNATI CSD |

| **Appraisal Area** | **Auditor Land Use** |
|---|---|
| 03200 - EAST PRICE HILL | 520 - TWO FAMILY DWLG |
| Sales | |

| **Owner Name and Address** | **Tax Bill Mail Address** |
|---|---|
| BALIMUNKWE KALEMBA | CORELOGIC ATTN: TAX DEPARTMENT |
| 931 CHATEAU AVE | 3001 HACKBERRY RD |
| CINCINNATI OH 452041415 | IRVING TX 750630156 |
| (call 946-4015 if incorrect) | (Questions? 946-4800 or treasurer.taxbills@hamilton-co.org) |

**Images/Sketches**
(Image not authorized for publication)
175-0016-0051-00 09/23/2021

| **Assessed Value** | **Effective Tax Rate** | **Total Tax** |
|---|---|---|
| 36,010 | 69.301606 | $1,679.12 |

**Property Description**
931 CHATEAU AV 34 X 120 WS CHATEAU AV 348 FT N OF PRICE AV

### Appraisal/Sales Summary

| | |
|---|---|
| Year Built | 1924 |
| Total Rooms | 8 |
| # Bedrooms | 4 |
| # Full Bathrooms | 2 |
| # Half Bathrooms | 0 |
| Last Transfer Date | 2/12/2004 |
| Last Sale Amount | $0 |
| Conveyance Number | |
| Deed Type | WE - Warranty Deed (EX) |
| Deed Number | 8857 |
| # of Parcels Sold | 1 |
| Acreage | 0.094 |

### Tax/Credit/Value Summary

| | |
|---|---|
| Board of Revision | No |
| **Rental Registration** | **Yes** |
| Homestead | Yes |
| Owner Occupancy Credit | Yes |
| Foreclosure | No |
| Special Assessments | Yes |
| Market Land Value | 6,690 |
| CAUV Value | 0 |
| Market Improvement Value | 96,210 |
| Market Total Value | 102,900 |
| TIF Value | 49,700 |
| Abated Value | 0 |
| Exempt Value | 0 |
| **Taxes Paid** | $844.99 |

**Notes**

Copyright © 2009-2024, DEVNET, Inc. All rights reserved.
wEdge version 4.0.8783.28865
Data updated: 2024/04/07

Legal Disclaimer | Privacy Statement